**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>STEVE YOUNG KANG,<br>*Defendant.* | Docket No. 0312 2:19-CR-00394-I<br><br><br><br>**ORDER BY CONSENT TO TRAVEL** |

**THIS MATTER** having come before the Court on the application of Defendant STEVE YOUNG KANG, by his counsel, Pashman Stein Walder Hayden, P.C., (Alan Silber, Esq., appearing), regarding his request to travel from New Jersey on an overnight fishing trip with two friends to Hyannis, Massachusetts leaving around 3:30 p.m. on May 5,2021, (the board returns to dock around 10:30 p.m., then driving back throughout the night) and returning back to New Jersey sometime during the day on May 6, 2021; and United States being represented by Special Assistant United States Attorney, Charlie L. Divine does not object to said travel; and Kristen McKeown, Pre-Trial Services Officer also having no objection to said travel; and for good and sufficient cause shown;

**IT IS** on this 5th day of May 2021;

**ORDERED** that Defendant Steve Young Kang request to travel out of state for two days is hereby **GRANTED.**

HON. WILLIAM J. MARTINI, U.S.D.J.