UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                    **DATE:** 6/3/21

Court Reporter: Tammera Witte

Court Clerk: Gail Hansen

Other:   USPO Adrianna Garcia,

**TITLE OF CASE:**                             **2:19-cr-394-01**

United States
v.
Steve Young Kang a/k/a Steven Young Kang a/k/a Young Tae Kang
-------------------------
**Appearances:**

AUSA Charlie Divine
Alan Silber, Counsel for Defendant
Defendant present

**NATURE OF PROCEEDINGS: SENTENCING**

**Interpreter: Shin Hyun Kim sworn**
**Imprisonment: 18 months on each of Counts 1 and 2 to run**
**concurrently**
**Supervised Release: 3 years supervised release on each of Counts**
**1 and 2 to run concurrently**
**Special Conditions:**
**1. Alcohol Testing and Treatment**
**2. New Debt Restrictions**
**3. Financial Disclosure**
**4. Mental Health Treatment**
**5. Self-Employment/Business Disclosure**
**Restitution hearing date to be determined – the parties have 7**
**days to determine if hearing is necessary**
**Special Assessment: $200 due immediately**
**Fine Waived**
**Defendant advised of his right to appeal.**
**Ordered voluntary surrender as designated by the Bureau of**
**Prisons**

                         Gail A. Hansen, Deputy

Time Commenced: 11:45 a.m.
Time Concluded: 1:15 p.m.
Total Time: 1 hour 30 minutes